UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 1:12-CV-22757-GRAHAM/GOODMAN

INGENUITY13 LLC,

       Plaintiff,

 v.

JOHN DOE,

       Defendant.
_____/

**NOTICE OF STRIKING DOCKET ENTRY #12**

Alan Greenstein, counsel for Plaintiff Ingenuity13 LLC, hereby files his notice of striking D.E. #12. That Notice of Appearance was filed in error and was substituted with D.E. #14 which correctly notices undersigned counsel as attorney for the Plaintiff.

DATED: November 15, 2012

                                      Respectfully submitted,

                            By:   /s/ Alan Greenstein
                                      Alan Greenstein (Bar # 237817)
                                      ALAN J. GREENSTEIN, P.A.
                                      9155 S. Dadeland Blvd, #1012
                                      Miami, Florida 33156
                                      Phone: 305-772-7083
                                      Email: agreenstein004@hotmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 15, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

*/s/ Alan Greenstein*
Alan Greenstein
